# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN DEPASQUALE and JAYNE DIMA, <br><br> Plaintiffs, <br><br> vs. <br><br> MARK L. BUTHER, *et al.,* <br><br> Defendants. | Case No.:  2:15-CV-01129-RCJ-GWF <br><br><br> **ORDER SETTING HEARING** |

**ORDER IN CHAMBERS**

 On June 24, 2015, Defendant Tyson Foods, Inc. filed a Motion to Transfer Venue (ECF #5) in this action.  Accordingly,

 IT IS HEREBY ORDERED that ORAL ARGUMENT  is set for 10:00 A.M.  Friday, January 15, 2016,  in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

 IT IS SO ORDERED this 8th day of December, 2015.

_____
ROBERT C. JONES
District Judge